IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAPPEL | : |
| Plaintiff, | : |
| | : Civ. Action No. 1:23-cv-13 |
| vs. | : |
| | : |
| VENANGO COUNTY PRISON, MARK BISHOP, UPMC, and ANGELA TROWBRIDGE, | : |
| Defendants. | : |

## ORDER

AND NOW, this 7th day of March, 2025, upon consideration of Defendant's Stipulation for Voluntary Dismissal, Substitution and to Amend Case Caption, it is hereby ORDERED THAT:

1. Maxim Healthcare Staffing Services, Inc. shall be substituted as a defendant in the place of Defendant Angela Trowbridge;

2. Defendant Angela Trowbridge is hereby voluntarily dismissed from this action, with prejudice, pursuant to Fed. R.Civ.P. 41(A)(1)(a)(ii);

3. The Clerk of Court is directed to amend the caption to reflect as follows:

ANTHONY HAPPEL,

    Plaintiff,

vs.

VENANGO COUNTY PRISON, MARK BISHOP, UPMC, and MAXIM HEALTHCARE STAFFING SERVICES, INC.

    Defendants.

BY THE COURT:

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge