IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAPPEL, | : |
| Plaintiff, | : |
| v. | : Civil Action No: 1:23-cv-00013 |
| VENANGO COUNTY, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, this 12th day of March, 2025, upon consideration of the stipulation of dismissal by Plaintiff Anthony Happel, and Defendants Venango County, Mark Bishop, Maxim Healthcare Staffing, and UPMC informing the Court that all parties have reached a settlement in this case, it is hereby **ORDERED THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is **DISMISSED WITH PREJUDICE**. The Clerk shall close this case.

_____
SUSAN PARADISE BAXTER
United States District Judge